**2009–2030. Pollis v. State.**
Trumbull App. No. 2008–T–0055, 2009-Ohio-5058. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of court of appeals' judgment,
It is ordered by the court that the motion is granted.

## MISCELLANEOUS DISMISSALS

**2009–1808. State ex rel. Bradley v. Wilson.**
Champaign App. No. 2009CA20. This cause is pending before the court as an appeal from the Court of Appeals for Champaign County. Upon consideration of appellant's application for dismissal,
It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## CASE ANNOUNCEMENTS

*November 13, 2009*

[Cite as *11/13/2009 Case Announcements*, 2009-Ohio-5973.]

## MOTION AND PROCEDURAL RULINGS

**2009–1368. Hance v. Allstate Ins. Co.**
Clermont App. No. CA2008–10–094, 2009-Ohio-2809. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's motion for leave to file an untimely certified conflict,
It is ordered by the court that the motion is denied.

## MISCELLANEOUS DISMISSALS

**2009–1937. State ex rel. Ohio Consumers' Counsel v. Schriber.**
In Procedendo. This cause originated in this court on the filing of a complaint for a writ of procedendo. Upon consideration of relator's application for dismissal,
It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2009–1897. State ex rel. Turner v. Carthage Twp. Bd. of Trustees.**
In Mandamus.

## CASE ANNOUNCEMENTS

*November 16, 2009*

[Cite as *11/16/2009 Case Announcements #2*, 2009-Ohio-6053.]